**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| JULIANN K. CUNNINGHAM, | ) | CASE NO. 08-13385 |
| | ) | Chapter 7 |
| DEBTOR(S). | ) | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| GE Money Bank dba Walmart | Recovery Management Systems Corporation<br>For GE Money Bank<br>25 SE 2nd Ave. Ste 1120<br>Miami, FL 33131 | $4.20 |
| GE Money Bank dba Lowes Consumer | Recovery Management Systems Corporation<br>For GE Money Bank<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | $3.80 |
| Roundup Funding LLC | MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 | $3.40 |
| | Total | $11.40 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $11.40 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: August 20, 2010**

                                    **Respectfully submitted,**

                                    **CHAPTER 7 TRUSTEE**
                                    **444 EAST MAIN STREET**
                                    **FORT WAYNE, INDIANA 46802**
                                    **TELEPHONE: (260) 426-0444**
                                    **FAX: (260) 422-0274**
                                    **EMAIL: mseifert@hallercolvin.com**

                                    **BY: /s/ Martin E. Seifert**
                                          **MARTIN E. SEIFERT**
                                          **I.D. #16857-02**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 20th day of August, 2010, to:

>Juan A. Perez, Jr., Esq.
>136 E. Market Street
>Suite 600
>Indianapolis, IN 46204
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>GE Money Bank dba Walmart
>Recovery Management Systems Corporation
>For GE Money Bank
>25 SE 2nd Ave., Suite 1120
>Miami, FL 33131
>
>GE Money Bank dba Lowes Consumer
>Recovery Management Systems Corporation
>For GE Money Bank
>25 SE 2nd Ave., Suite 1120
>Miami, FL 33131
>
>Roundup Funding LLC
>MS 550
>P.O. Box 91121
>Seattle, WA 98111-9221

/s/ Martin E. Seifert
**MARTIN E. SEIFERT**